**UNION STEEL MANUFACTURING CO., LTD., Dongbu Steel Co., Ltd., Whirlpool Corporation, Plaintiffs–Appellees**

v.

**UNITED STATES, United States Steel Corporation, Nucor Corporation, Defendants–Appellees**

Hyundai Steel Company, fka Hyundai HYSCO, Defendant–Appellant

17-1628

United States Court of Appeals, Federal Circuit.

March 16, 2017

Donald Cameron, Jr., Mary Hodgins, Brady Mills, Morris, Manning & Martin, LLP, Donald Harrison, Gibson, Dunn & Crutcher LLP, Washington, DC, for Plaintiffs–Appellees.

Kara Westercamp, Trial Attorney, Department of Justice, Commercial Litigation Branch, Civil Division, Michael Thomas Gagain, Attorney, Department of Commerce, Office of the Chief Counsel for Import Administration, Jeffrey D. Gerrish, Nicholas Klein, Attorneys, Nathaniel Blaine Bolin, Esq., Luke A. Meisner, Skadden, Arps, Slate, Meagher & Flom LLP, Timothy C. Brightbill, Tessa V. Capeloto, Adam Milan Teslik, Maureen E. Thorson, Wiley Rein, LLP, Washington, DC, for Defendants–Appellees.

Jaehong David Park, Attorney, Sylvia Y. Chen, Arnold & Porter Kaye Scholer LLP, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).